IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STACEY TURVIN,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )     2:19cv148-MHT
                                  )         (WO)
BARBOUR COUNTY BOARD OF           )
EDUCATION, et al.,                )
                                  )
    Defendants.                   )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 76), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 21st day of January, 2022.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE